1

**JML LAW, APLC**
ERIC M. GRUZEN STATE BAR NO. 222448
egruzen@jmllaw.com
SHAHLA JALIL-VALLES, STATE BAR NO. 327827
shahla@jmllaw.com
5855 Topanga Canyon Blvd. Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff
CAROLYN MANICK

Barbara A. Blackburn. Bar No. 253731
bblackburn@littler.com
ALAN M. RIVERA, Bar No. 329147
alrivera@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
ULTA SALON, COSMETICS, AND FRAGRANCE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MANICK, an individual,<br><br>               Plaintiff,<br><br>    vs.<br><br>ULTA COSMETICS, SALON, AND FRAGRANCES, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>               Defendants. | Case No. 2:22-CV-00765-MCE-JDP<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

1

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367

Pursuant to Local Rule 271, the Parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: March 16, 2023          JML LAW, A Professional Law Corporation


By:   _____/s/_____

ERIC M. GRUZEN

SHAHLA JALIL-VALLES

Attorney for Plaintiff


DATED: March 16, 2023          LITTLER MENDELSON, P.C.


By:   _____/s/_____

BARBARA A. BLACKBURN

ALAN M. RIVERA

Attorney for Defendant


IT IS SO ORDERED.

Dated:  March 28, 2023

_____

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY
DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271