JML LAW, APLC
ERIC M. GRUZEN STATE BAR NO. 222448
egruzen@jmllaw.com
SHAHLA JALIL-VALLES, STATE BAR NO. 327827
shahla@jmllaw.com
5855 Topanga Canyon Blvd. Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff
CAROLYN MANICK

Barbara A. Blackburn, Bar No. 253731
Blackburn@littler.com
Nathaniel H. Jenkins, Bar No. 312067
Njenkins@littler.com
Alan Rivera, Bar No. 329147
Alrivera@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:   916.830.7200
Facsimile:   916.561.0828

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MANICK, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation and DOES 1-30, inclusive,<br><br>　　　　　Defendant. | Case No.  2:22-cv-00765-MCE-JDP<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER** |

Plaintiff CAROLYN MANICK ("Plaintiff") and Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and respectfully stipulate as follows:

WHEREAS, on May 6, 2022, the Honorable Morrison C. England, Jr. issued an Initial Pretrial Scheduling Order [Dkt 2];

WHEREAS the parties have exchanged written discovery and document productions;

WHEREAS the parties still need to depose pertinent witnesses;

WHEREAS during the course of the initial discovery process, the Parties met and conferred regarding mediation and settlement, and agreed to submit to the Voluntary Dispute Resolution Program pursuant to Local Rule 271;

WHEREAS, on March 16, 2023, the parties filed a Stipulation and Order to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271 [Dkt 7];

WHEREAS, on March 28, 2023, the Honorable Morrison C. England, Jr. ordered this matter to the Voluntary Dispute Resolution Program [Dkt 10];

WHEREAS, as of the date of this stipulation, no date has been set for mediation or settlement discussion through the Voluntary Dispute Resolution Program;

WHEREAS, the parties are in agreement that under the circumstances, the parties would benefit from an extension of the Fact Discovery Cutoff and Motions Deadline in the event that a resolution is not reached through the Voluntary Dispute Resolution Program. This additional time will allow the parties to attempt to resolve the case without incurring additional discovery costs and engaging in motion practice.

WHEREAS, no other continuance has been requested or granted in this matter;

NOW THEREFORE, Plaintiff and Defendant, by and through their respective counsel identified below, hereby stipulate and jointly seek an order from the Court extending the discovery cut-off date and all dates set forth in the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings by at least three (3) months to allow the parties to participate in the Voluntary Dispute Resolution Program.

THEREFORE, upon good cause shown, the Parties stipulate to modify the Scheduling Order as follows:

**Current Scheduling Order Dates:**

05/12/23 – Non-expert discovery completion date

07/11/23 – Last day to designate in writing, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial

08/10/23 – Last day to designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party

09/11/23 – Last day to file Joint Notice of Trial Readiness if the Parties do not intend to file dispositive motions.

11/08/23 – Last day to file dispositive motions.

**Proposed New Dates:**

08/10/23 – Non-expert discovery completion date

10/09/23 – Last day to designate in writing, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial

11/08/23 – Last day to designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party

12/11/23 – Last day to file Joint Notice of Trial Readiness if the Parties do not intend to file dispositive motions.

02/06/24 – Last day to file dispositive motions.

**IT IS SO STIPULATED.**

DATED: April 3, 2023                        JML LAW, A Professional Law Corporation

By: */s/ Shahla Jalil-Valles (Approved 04/04/2023)*
ERIC M. GRUZEN
SHAHLA JALIL-VALLES
Attorney for Plaintiff

JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER
4875-3658-8634.5 / 059310-1208

DATED: April 3, 2023                    LITTLER MENDELSON, P.C.


By: */s/ Barbara A. Blackburn*
BARBARA A. BLACKBURN
NATHANIEL H. JENKINS
ALAN M. RIVERA
Attorney for Defendant

## **ORDER**

Pursuant to the above Stipulation, the Scheduling Order is hereby modified as follows:

8/10/23 – Non-expert discovery completion date.

10/09/23 – Last day to designate in writing, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial.

11/08/23 – Last day to designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party.

12/11/23 – Last day to file Joint Notice of Trial Readiness if the Parties do not intend to file dispositive motions.

2/06/24 – Last day to file dispositive motions.

IT IS SO ORDERED.

Dated: April 5, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

4

JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER
4875-3658-8634.5 / 059310-1208