**JML LAW, APLC**
ERIC M. GRUZEN STATE BAR NO. 222448
egruzen@jmllaw.com
SHAHLA JALIL-VALLES, STATE BAR NO. 327827
shahla@jmllaw.com
5855 Topanga Canyon Blvd. Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff
**Carolyn Manick**

Barbara A. Blackburn, Bar No. 253731
Blackburn@littler.com
Nathaniel H. Jenkins, Bar No. 312067
NJenkins@littler.com
Christa Hall, Bar No. 328881
chhall@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830-7200
Facsimile: 916.561.0828

Attorneys for Defendant
**ULTA SALON, COSMETICS, & FRAGRANCE, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MANICK, an individual;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>　　　　Defendants. | Case No. 2:22-CV-00765-MCE-JDP<br>*(Assigned for all purposes to the District Judge Morrison C. England, Jr.)*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 25, 2022 |

///

///

1
**ORDER DISMISSING ACTION WITH PREJUDICE**

**ORDER**

After full consideration of the executed Joint Stipulation Dismissing Action with Prejudice under Federal Rule of Civil Procedure 41(a), ECF No. 16, IT IS HEREBY ORDERED that Plaintiff's Complaint and this entire action, including all claims against Defendants, are DISMISSED with prejudice. Each party shall bear their own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 21, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE